UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In re: <br><br> CHRISTINA G. HALBEDEL <br><br> Debtor | Chapter 13 <br> Case No. 14-41265-MSH |

## ORDER TO SHOW CAUSE

Whereas, Christina G. Halbedel has failed to pay the filing fee due upon the commencement of this case;

Whereas, in addition to the above captioned case, Christina G. Halbedel has filed the following bankruptcy cases in which she failed to pay the filing fees in whole or in part and/or for which she failed to file the required information:

Chapter 13 Case No. 12-42869: filed 8/2/12, dismissed 8/27/2012;

Chapter 7 Case No. 11-42736: filed 6/28/2011, dismissed 7/7/2011;

Chapter 13 Case No. 10-41682: filed 4/7/2010, dismissed 6/10/2010;

Chapter 13 Case No. 08-40704 (joint with Kenneth L. Halbedel): filed 3/11/2018, dismissed 6/17/2010;

Chapter 13 Case No. 05-45858: filed 8/29/2005, dismissed  9/20/2005;

Chapter 13 Case No. 05-44120 (joint with Kenneth L. Halbedel): filed 6/16/2005, dismissed 8/16/2005

Chapter 13 Case No. 04-44470 (as Christina G. Paradis): filed 8/4/2004, dismissed 8/30/2004; and

1

Chapter 13 Case No. 03-45680 (as Christina G. Paradis): filed 10/2/2003, dismissed 11/7/2003.

Now, therefore, it is **ORDERED that Christina G. Halbedel is to appear at a hearing** on <u>**TUESDAY, JUNE 24, 2014 AT 2:30 P.M.**</u> before the **Hon. Melvin S. Hoffman, United States Bankruptcy Court, Harold Donohue Federal Building and Courthouse, 595 Main Street, Courtroom 3, Worcester, MA** to show cause why an order should not enter dismissing this case and barring her from filing any future bankruptcy petition, individually or jointly, without obtaining prior permission of the court to file such a petition.

Dated: June 5, 2014                                               By the Court,

                                                                  *[signature]*
                                                                  _____
                                                                  Melvin S. Hoffman
                                                                  U.S. Bankruptcy Judge

2